**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

November 17, 2026

**BY ECF**
Honorable Katherine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Palacios Flores v. Soto, et al.*, No. 26-14609 (KSH)**
**Request for Extension of Time to Release by Consent**

Dear Judge Hayden:

This Office represents Respondents in this habeas action. We now write in response to this Court's November 13, 2026, Text Order, ECF No. 9, directing that Respondents release Petitioner no later than 5 p.m. on November 17, 2026. Upon receipt, this Office promptly conveyed the order to U.S. Immigration and Customs Enforcement ("ICE"). Thereafter, ICE advised this Office that Petitioner was transferred to Florence Detention Center in Arizona, which is in a remote location. ICE further advised that Petitioner is scheduled to be transported to Glendale, Arizona, tomorrow, November 18, 2026, where he will then be released no later than 6:00 p.m.

This Office reached out to Counsel for Petitioner to advise that the Florence Detention Center is in a remote location. Counsel has consented to an extension of time to release Petitioner so that he may be released in Glendale, Arizona, instead of near Florence Detention Center. Accordingly, Respondents request an extension of time to release Petitioner until tomorrow, November 18, 2026, by 6:00 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED this day of November 18, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO

Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)